1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           CASE NO. 2:16-CR-120 JAM
                                                2:16-MJ-161 EFB
12                Plaintiff,

13         v.                           STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
14 MICHAEL MILAY,                       FINDINGS AND ORDER

15                Defendant.            DATE: September 13, 2016
                                        TIME: 9:15 a.m.
16                                      COURT: Hon. John A. Mendez

17

18                                 **STIPULATION**

19     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record, hereby stipulate as follows:

21     1.   By previous order, these matters were set for status on September 13, 2016.

22     2.   By this stipulation, defendant now moves to continue the status conference until October

23 4, 2016, and to exclude time between September 13, 2016, and October 4, 2016, under Local Code T4.

24     3.   The parties agree and stipulate, and request that the Court find the following:

25          a)   The government has represented that the discovery associated with this case

26 includes approximately 68 pages of discovery, which has been produced directly to counsel.

27          b)   Counsel for defendant desires additional time to conduct investigation and to

28 consult with her client and discuss potential resolutions.

   STIPULATION REGARDING EXCLUDABLE TIME           1
   PERIODS UNDER SPEEDY TRIAL ACT

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2016 to October 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 9, 2016                    PHILLIP A. TALBERT
                                             Acting United States Attorney


                                             /s/ SHELLEY D. WEGER
                                             SHELLEY D. WEGER
                                             Assistant United States Attorney


Dated:  September 9, 2016                    /s/ Mia Crager by Shelley Weger
                                             MIA CRAGER
                                             Counsel for Defendant
                                             MICHAEL MILAY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of September, 2016.

                                             /s/ JOHN A. MENDEZ
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT JUDGE